COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON



## ORDER WITHDRAWING MEDIATION ORDER

Court of Appeals Number:    01-19-00393-CV

Style:                      JAC Hospitality, LLC, John Ly Catherine Ly and Jason Ly v.
Vintage Dunhill

Trial Court Case Number:     2016-77844

Trial Court:                295th District Court of Harris County

Type of Motion:             Objection to Mediation

Party Filing Motion:        Appellee

     Appellee has objected to mediation.  The Court's mediation order dated August 15, 2019 is withdrawn.


Judge's signature: /s/Evelyn Keyes
                Acting individually

Date:  August 30, 2019


\*    Absent emergency or a statement that the motion is unopposed, must wait ten days before acting on motion except for motion to extend time to file a brief.  *See* TEX. R. APP. P. 10.3(a).

**Note**:    Single justice may grant or deny any request for relief properly sought by motion, except in a civil case a single justice should not: (1) act on a petition for an extraordinary writ or (2) dismiss or otherwise determine an appeal or a motion for rehearing.  TEX. R. APP. P. 10.4(a).